# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SUE LEE,**<br>　　　　Petitioner,<br><br>　　v.<br><br>**PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,**<br>　　　　Respondent. | 23-mc-180<br><br>(Arising from Case No. 1:21-cv-1006 in the United States District Court for the District of Columbia) |

## NOTICE OF MOTION TO QUASH NONPARTY SUBPOENA

**PLEASE TAKE NOTICE** that Petitioner Sue Lee, through her undersigned counsel, will move this Court, at a date and time to be determined by the Court, for entry of an order quashing Respondent's subpoena to American Express Co. ("AmEx") dated April 13, 2023 in connection with Case No. 1:21-cv-1006-CKK in the United States District Court for the District of Columbia. Petitioner brings her Motion pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure. In support of this Notice of Motion, Petitioner submits the Memorandum of Law, the Declaration of Andrew M. Adelman, and exhibits attached thereto.

　　PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(a) of the Local Rules for the Southern and Eastern Districts of New York, any opposing affidavits and memoranda of law shall be served within seven days after service of the moving papers.

DATE: June 1, 2023                                   Respectfully submitted,


                                                  ISAACS BERNSTEIN, P.C


                                                  _____/s/_____
                                                Jonathan Bernstein
                                                2108 Yardley Road
                                                Yardley, PA 19067
                                                Tel: (917) 693-7245
                                                jb@lijblaw.com

                                                *Counsel for Petitioner Sue Lee*